

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00004-CV

Segundo **ESCOBAR** III,
Appellant

v.

Dora **PEREZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV09699
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

No costs of appeal are assessed against appellant.

SIGNED June 11, 2025.

_____
Adrian A. Spears II, Justice